[No. 72767-2-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME WARD MOODY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00298-9, Michael H. Evans, J., entered September 26, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 72768-1-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH CHARLES CROWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 13-1-00001-4, Brian P. Altman, J., entered July 11, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 72769-9-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCIANO CARLOS ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03918-8, Linda CJ Lee, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 44019-9-II.   Division Two.   March 10, 2015.]

GUY H. WUTHRICH, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-10263-2, Garold E. Johnson, J., entered September 7, 2012. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Melnick, J.; Bjorgen, J., dissenting.